THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 PF&H Inc.,
 d/b/a Servicemaster of Charleston, Respondent,
 v.
 Jill E.
 Harriett, n/k/a Jill E. Bell, Roger L. Harriett, Billy Lee Harriett, Loretta
 R. Harriett, and Enterprise Bank of South Carolina, Defendants,
 of whom Roger
 L. Harriett, Billy Lee Harriett, and Loretta R. Harriett are the Appellants.
 
 
 

Appeal From Colleton County
Roger M. Young, Circuit Court Judge
Unpublished Opinion No. 2009-UP-430
Submitted September 1, 2009  Filed
 September 8, 2009
AFFIRMED

 
 
 
 Roger L. Harriett, Billy Lee Harriett, and Loretta R. Harriett, all
 of Lodge, for Appellants.  
 Zachary J. Closser, of Charleston, for Respondent.
 
 
 

PER CURIAM: 
 Roger L. Harriett, Billy Lee Harriett, and Loretta R. Harriett (the Harrietts)
 appeal the circuit court's judgment against them.   On appeal, the Harrietts
 argue the circuit court erred in finding the service contract and mechanic's
 lien are enforceable against them.  We affirm[1] pursuant to Rule 220(b), SCACR, and the
 following authority:  In the Matter of the Care and Treatment of McCracken,
 346 S.C. 87, 92, 551 S.E.2d 235, 238 (2001) (holding an issue is deemed
 abandoned on appeal if the argument in the brief is not supported by authority
 or is only conclusory).  
AFFIRMED.
HEARN,
 C.J., and KONDUROS and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.